**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOSE RODRIGUEZ JR.,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendant. | **Civil Action No.:** 1:24-cv-00085-PLM-PJG<br><br>**District Judge:** Paul L. Maloney<br>**Magistrate Judge:** Phillip J. Green<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose Rodriguez Jr., and Defendant Equifax Information Services, LLC., ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Equifax.

Dated: September 9, 2024,

**CONSUMER ATTORNEYS**
By: <u>*/s/ Beth K. Findsen*</u>
Beth K. Findsen, AZ No. 023205
8095 N. 85th Way,
Scottsdale, AZ 85258
T: 602-807-6676
F: 718-715-1750
E: bfindsen@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Rodriguez Jr.*

**SEYFARTH SHAW LLP**
<u>*By: /s/ Adam T. Hill*</u>
Adam T. Hill, Esq.
ahill@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Marie Tirona*